UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-114 |
| | ) | |
| LIZA NICOLE VANDERPOOL-CHAVEZ, | ) | (GUYTON) |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The District Court assigned [Doc. 2] this case to the undersigned United States Magistrate Judge on August 25, 2004, for all proceedings, including trial and entry of final judgment. This case is before the Court on Defendant Vanderpool-Chavez's Motion for Return of Personal Property [Doc. 40], filed on May 16, 2005. The parties appeared for a sentencing hearing on June 21, 2005. Assistant United States Attorneys Robert Simpson and Ed Schmutzer appeared on behalf of the government. Attorney Kelly Johnson represented Defendant Vanderpool-Chavez, who was also present. During the hearing, Attorney Johnson moved to withdraw the motion, stating that the government had returned the property in question. The defendant's oral motion to withdraw the motion is **GRANTED**, and the Motion for Return of Personal Property [**Doc. 40**] is **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge